CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 7 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

| | | |
|---|---|---|
| **WILLIS HEADIN,** | ) | Civil Action No. 7:04CV00460 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| Commissioner, Social Security | ) | |
| Administration | ) | |
| | ) | By: James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it hereby is

**ORDERED**

that the Magistrate Judge's Report and Recommendation is **ADOPTED** in full; the plaintiff's Objections to the Report and Recommendation (Dkt. No. 26) hereby are **OVERRULED**; the Commissioner's Motion for Summary Judgment (Dkt. No. 20) hereby is **GRANTED**; the plaintiff's Motion for Summary Judgment (Dkt. No. 14) hereby is **DENIED**; and this case is **STRICKEN** from the active docket of the Court.

The Clerk is directed to send certified copies of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTER: This 7th day of July, 2005.

/s/ James C. Turk
Senior United States District Judge

Case 7:04-cv-00460-JCT-mfu   Document 28   Filed 07/07/05   Page 1 of 1   Pageid#: 101